```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 02320
   SHIRLEY RICE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6457

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 01/25/2005 and was confirmed 03/28/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

      The case was paid in full 10/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID           PAID
-------------------------------------------------------------------------------
ROBERT J ADAMS & ASSOC    PRIORITY          NOT FILED            .00            .00
AMERICAN GENERAL FINANCE  UNSECURED         NOT FILED            .00            .00
ARROW FINANCIAL SERVICES  UNSECURED         NOT FILED            .00            .00
CAPITAL ONE               UNSECURED         NOT FILED            .00            .00
CAPITAL ONE               UNSECURED         NOT FILED            .00            .00
CAPITAL ONE               UNSECURED         NOT FILED            .00            .00
CARSON PIRIE SCOTT        UNSECURED           1223.56            .00         134.59
CPSI SECURITY             UNSECURED         NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED            831.45            .00          91.46
FBCS INC                  UNSECURED         NOT FILED            .00            .00
FINGERHUT CREDIT ADVANTA  UNSECURED           2523.41            .00         277.58
FIRST CONSUMERS NATL BAN  UNSECURED         NOT FILED            .00            .00
MENARDS                   UNSECURED            295.42            .00          32.50
NATIONWIDE ACCEPTANCE~    UNSECURED            295.75            .00          32.53
JEFFERSON CAPITAL SYSTEM  UNSECURED            942.53            .00         103.68
RJM AQUISITIONS FUNDING   UNSECURED         NOT FILED            .00            .00
RECEIVABLE MANAGEMENT SO  UNSECURED         NOT FILED            .00            .00
ROBERT J ADAMS & ASSOC    REIMBURSEMENT       194.00             .00         194.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY       2,200.00                       2,200.00
TOM VAUGHN                TRUSTEE                                            194.60
DEBTOR REFUND             REFUND                                             172.86

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  3,433.80

PRIORITY                                              194.00
SECURED                                                  .00
UNSECURED                                             672.34
ADMINISTRATIVE                                      2,200.00
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 02320 SHIRLEY RICE

```
TRUSTEE COMPENSATION                                                194.60
DEBTOR REFUND                                                       172.86
                                     ----------------      ----------------
TOTALS                                       3,433.80              3,433.80
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
         CASE NO. 05 B 02320 SHIRLEY RICE